People of the State of Illinois, defendant in error, v. George Kappos, alias George Kapos, plaintiff in error. Gen. No. 40,532.

Opinion filed February 14, 1939. Rehearing denied February 27, 1939.

Edward A. Biggs, Jr., for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Blair L. Varnes, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Burke delivered the opinion of the court.